IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: James Ignatius Preusser | : | Bankruptcy No. 26-70197-JAD |
| Debtor | : | |
| | : | Chapter 07 |
| JAMES IGNATIUS PREUSSER | : | |
| Plaintiff | : | Adv. Proc. No. 26-07009-JAD |
| v. | : | |
| UNITED STATES DEPARTMENT OF EDUCATION | : | |
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE OF ADVERSARY COMPLAINT**

I, Kusana Nanayakkara, Esq. Counsel for the Debtor certify under penalty of perjury that I served or caused to be served, a copy of the Adversary Complaint filed on August 5, 2026, the Summons and the First Pretrial Order, upon following parties by U.S. First-Class Mail postage paid.

United States Department of Education
C/O United States Attorney's Office
Western District of Pennsylvania
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street Suite 4000
Pittsburgh, PA 15219

Pennsylvania Higher Education Assistance Agency
1200 North Seventh Street
Harrisburg, PA 17102

The United States Attorney
633 Joseph F. Weis Jr. United States Courthouse
Pittsburgh, PA 15219−1955

The Attorney General of the United States
Civil Division, Bankruptcy Section
U.S. Department of Justice
Washington, D.C. 20530

U.S. Department of Education
400 Maryland Ave SW
Washington, DC 20202

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue Suite 1316
Pittsburgh, PA 15222

EXECUTED ON: August 10, 2026

By: *_/S/KusanaNanayakkara_*
Signature
Kusana Nanayakkara__
Typed Name
3500, E. College Avenue, Ste. 1295
State College, PA 16801_
Address
814 238 4958 Ext 1124________
Phone No.
334804- PA__________________
Bar I.D. and State of Admission